UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00374-AN |
| v. | INDICTMENT |
| ALISTAIR MACFARLANE SIDENER, | 18 U.S.C. § 1361 |
| Defendant. | **UNDER SEAL** |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Willfully Injuring or Committing Any Depredation Against
Property of the United States)
(18 U.S.C. § 1361)

On or about June 12, 2025, in the District of Oregon, defendant **ALISTAIR MACFARLANE SIDENER** did knowingly and willfully injure and commit a depredation against property of the United States, specifically, cameras affixed to the Immigration and Customs Enforcement building and property located at 4310 S Macadam Avenue, Portland, Oregon, a building leased to and used by the United States, and the resulting damage exceeded the sum of $1,000.

In violation of Title 18, United States Code, Sections 1361.

Dated: September 16, 2025

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

KATE A. ROCHAT, OSB #184324
Assistant United States Attorney