# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Alistair Macfarlane Sidener<br>_____<br>*Defendant* | )<br>)<br>) Case No. 3:25-cr-00374-AN<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Alistair Macfarlane Sidener ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 - Willfully Injuring or Committing Any Depredation Against Property of the United States

Date: 9/17/2025

City and state: Portland, Oregon

*Issuing officer's signature*

*Printed name and title*

### Return

This warrant was received on *(date)* 9-17-2025 , and the person was arrested on *(date)* 10/17/25
at *(city and state)* Portland, Oregon .

Date: 10/17/25

*Arresting officer's signature*

TFO Jeremy Chedester
*Printed name and title*